Refinance Rates Low as
**3.32 APR** 

**INBOX > EMAIL MESSAGE**                                            Help | Logout

Folders [manage]                                                     ◁ Prev | Next ▷

Inbox (446)                                                          Move to: Drafts

Drafts
Sent Mail
Trash

**Date:** Friday, April 23, 2010 7:33 AM
**From:** Krisanne Hall <krisanne.hall@sa3.state.fl.us>
**To:** Skip Jarvis <skip.jarvis@sa3.state.fl.us>
**Subject:** RE: ASA Involvement in political issues
**Size:** 19 KB

Mailbox Usage

You are using 55% of your mailbox (28 MB out of 50 MB)

---

I don't understand why you are being so dogmatic about this. This is an issue that is absolutely worth debate. Have I been so disrespectful in the past that you would accept the opinion of someone else over the facts? This is so unfair that I cannot fathom the source. Even when I was in the military restrictions on my constitutional rights were never so unreasonable.

What type of matters, specifically? I really need clarification. Am I allowed on my free time to teach about the constitution just not to people who are considered politically unacceptable? Am I allowed to give people in my community opinions in support of the Attorney General of our State? Or must I go outside the third circuit to engage in my speech?

I am very passionate about this. I take my duty as a citizen very seriously and my obligation as a member of this Constitutional Republic very gravely. I fought for these rights in the military and as a sworn officer I am sworn to defend them.

I respectfully request clarification.


-----Original Message-----
From: Skip Jarvis
Sent: Fri 4/23/2010 8:11 AM
To: Krisanne Hall
Subject: RE: ASA Involvement in political issues

Krisanne, I do not intend to debate this. As an Assistant State Attorney you are not to get involved in these matters. Period.

        S. Jarvis

-----Original Message-----
From: Krisanne Hall
Sent: Friday, April 23, 2010 8:07 AM
To: Skip Jarvis
Subject: RE: ASA Involvement in political issues


So you are telling me I cannot teach the constitution to the people of our community? I think the Justice Fred Lewis, founder and supporter of the Justice teaching program, might find exception to that. Are you telling me that I cannot, on my personal time, render a Constitutional opinion supporting the activities of our STATE government, I think that Attorney General Bill McCullough might draw exception to that. Are you telling me that I must surrender my 1st Amendment right to free speech, when it obviously does not hinder my work and or harm my employer in any way, I think the Supreme Court might find exception with that.

I have never taken any political stance in any of my presentations. I am offended by this display of political bigotry against me by some unknown perpetrator that obviously holds more credibility than I do and more credibility than the facts for that matter. I find it alarming as a prosecutor that I have been assumed guilty by association with no presumption of innocence via hearsay evidence presented by an unknown third party.

Is it the subject matter that I am teaching that is so offensive? Never has the body of my presentations been requested to confirm my seditious activity. Is it the people that I am teaching to, that makes my speech offensive in nature? Is it the fact that I am speaking in the third circuit that makes my audience off limits?

Please confirm your final directive.


-----Original Message-----
From: Skip Jarvis
Sent: Fri 4/23/2010 7:25 AM
To: Krisanne Hall
Subject: RE: ASA Involvement in political issues

**EXHIBIT "A"**

With that said, since you are identified as an Assistant State Attorney by the community, you need to cease being involved in these rallies/radio programs.

S. Jarvis

-----Original Message-----
From: Krisanne Hall
Sent: Thursday, April 22, 2010 9:45 PM
To: Skip Jarvis
Subject: RE: ASA involvement in political issues

Skip,

I apologize if you feel my activities have reflected poorly on the office of the State Attorney. However, there must be some things said to set the record straight. It is obvious to me, and to anyone in attendance, that the person who addressed these concerns with you never heard any of my presentations or listened to the radio broadcast Wednesday morning. My "association" with the gathering of American citizens of the democratic, republican, and independent parties exercising their first amendment rights to free speech and assembly is not a political issue. I am not a member or advocate of any "fringe group".

I spoke at a gathering in response to a request to help educate people on the Constitution. My "advocating" was for the Constitution. I do not feel the Constitution is a political issue. I am an officer that is sworn to uphold and defend the Constitution and feel that it is my obligation to teach people accordingly.

The interview I participated in on the radio was also based upon constitutional issues and the issues of "less government" and "smaller budgets" were never even a topic of discussion. Again, simple review of either of these transcripts will make it obvious that the person who addressed these concerns with you never heard the broadcast, listened to any of my presentations, or bothered to education himself on the truth. I am a constitutional advocate and I do not get involved in political bigotry. The Constitution is not a "right-wing, fringe" document or issue. If advocating for the Constitution is the equivalent of advocating against the State government, we have bigger issues than those addressed in this email.

I have always requested that I be introduced as a local attorney and have in every instance been introduced, somewhat erroneously, as a Constitutional lawyer first and foremost. It is not my intention to use my position to "legitimize" any group. I cannot, in good ethical or professional conscience, cease to be an advocate of the Constitution. I have been careful to use only my personal time to educate the public on the importance of informing themselves about the Constitution and the people who worked so hard to give it to us. I will certainly be more careful to ensure that my association with the State Attorney's Office is never mentioned.

KrisAnne

-----Original Message-----
From: Skip Jarvis
Sent: Thu 4/22/2010 3:36 PM
To: Krisanne Hall
Subject: ASA involvement in political issues

Krisanne,

I have been contacted by an individual who expressed their objection that one of my ASA's was involved in the TEA Party gathering and was also on the radio discussing a desire for less government and smaller budgets. They were confronting me about my office being used to legitimize what they consider to be a fringe right-wing group.

I hate to do this, but I have to ask you to disassociate yourself from these folks. As an employee of the State of Florida, advocating against the State government is advocating against your client.

I looked for you this morning to discuss this, but I learned you were in depos.

I need to make you aware of my position before this gets any worse. Please act

accordingly.

S. Jarvis

Robert L. "Skip" Jarvis, Jr.

State Attorney

Third Judicial Circuit

100 S.E. Court Street

Live Oak, Florida  32060

(386) 362-2320

skip.jarvis@sa3.state.fl.us

◁ Prev | Next ▷

©1997-2008 Windstream All rights reserved.