**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

KRISANNE HALL,

    Plaintiff,

v.                                              CASE NO. 3:10-cv-00442-RBD-TEM

ROBERT L. "SKIP" JARVIS, JR.,
individually and in his official capacity as
State Attorney for the Third Judicial
Circuit of Florida,

    Defendant.

_____/

## MEDIATION REPORT

    A mediation conference in the captioned matter was held on July 5, 2011 at the offices of the undersigned mediator. All required parties were present with counsel. The result of the conference was that the matter was resolved.

    Dated this 7th day of July, 2011.

                                                  s/ Michael J. Dewberry
                                                  Michael J. Dewberry
                                                  Florida Bar No. 228877
                                                  ROGERS TOWERS, P.A.
                                                  1301 Riverplace Blvd.
                                                  Suite 1500
                                                  Jacksonville, FL  32207
                                                  (904) 398-3911 Fax (904) 396-0663
                                                  *CERTIFIED CIVIL MEDIATOR*

    cc:    Chambers of The Honorable Roy B. Dalton, Jr.

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 7th day of July, 2011, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system.

      /s/ Michael J. Dewberry
Michael J. Dewberry
Florida Bar No. 228877
ROGERS TOWERS, P.A.
1301 Riverplace Blvd.
Suite 1500
Jacksonville, FL  32207
(904) 398-3911 Fax (904) 396-0663
*CERTIFIED CIVIL MEDIATOR*