UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

KRISANNE HALL,

    Plaintiff,

vs.                                         CASE NO.: 3:10-cv-442-RBD-TEM

ROBERT L. "SKIP" JARVIS, JR.,
Individually and in his official capacity as
State Attorney for the Third Judicial
Circuit of Florida,

    Defendant.

_____/

# NOTICE OF SETTLEMENT AND JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

COME NOW the parties, Plaintiff, KRISANNE HALL and Defendant, ROBERT L. "SKIP" JARVIS, JR., individually and in his official capacity as State Attorney, by and through their respective counsel, and hereby notify the Court that this case has been fully and finally settled between the parties and should be dismissed with prejudice, and in support thereof state:

    1.    The parties have fully resolved this matter and have executed a written Settlement Agreement.

    2.    The parties' Settlement Agreement requires the dismissal of this action with prejudice and the parties therefore stipulate that this case be dismissed with prejudice and the file closed.

3. The Settlement Agreement provides that each party shall bear its own attorney's fees and costs.

## MEMORANDUM OF LAW

Pursuant to Rule 41(A)(ii), Fed.R.Civ.P., Plaintiff is entitled to voluntarily dismiss a party without Court Order with the consent of all other parties:

(a) Voluntary Dismissal

> **(A)** *Without a Court Order.* Subject to Rules 23(e), 23.1(c), 23.2, and 66 and any applicable federal statute, the plaintiff may dismiss an action without a court order by filing:
>
> > **(i)** a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment; or
>
> > **(ii)** a stipulation of dismissal signed by all parties who have appeared.

Defendant has joined in the request for a dismissal with prejudice.

In the alternative, this Court may enter an Order of Dismissal with Prejudice pursuant to Rule 41(B), Fed.R.Civ.P.

WHEREFORE, the parties stipulate to the dismissal of this case with prejudice and request that the case file be closed.

DATED this 7th day of July, 2011

| GARY S. EDINGER & ASSOCIATES, P.A. | FOWLER WHITE BOGGS P.A. |
|---|---|
|    /s/ Gary S. Edinger<br>GARY S. EDINGER, Esquire<br>Florida Bar No.: 0606812<br>Gainesville, Florida 32601<br>(352) 338-4440/ 337-0696 (Fax)<br>GSEdinger@aol.com<br>*Attorney for Plaintiff* |    /s/ Robert G. Riegel, Jr.<br>ROBERT G. RIEGEL, JR., Esquire<br>Florida Bar No. 0325759<br>robert.riegel@fowlerwhite.com<br>VANESSA S. HODGERSON, Esquire<br>Florida Bar No: 0059006<br>vanessa.hodgerson@fowlerwhite.com<br>50 N. Laura Street, Suite 2800<br>Jacksonville, FL 32202<br>Telephone: (904)446-2645<br>Facsimile: (904)598-3131<br>*Attorneys for Defendant* |