# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### JACKSONVILLE DIVISION

**KRISANNE HALL,**

    **PLAINTIFF,**

-vs-                                  Case No. 3:10-cv-442-J-37TEM

**ROBERT L. "SKIP" JARVIS, JR.,**

    **DEFENDANT.**

_____

## ORDER OF DISMISSAL

Upon the parties' Notice of Settlement and Joint Stipulation of Dismissal with Prejudice (Doc. No. 49), filed July 7, 2011, it is **ORDERED** and **ADJUDGED** that

1. This cause is hereby **DISMISSED WITH PREJUDICE** in accordance with Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

2. The Clerk is directed to **CLOSE** the file.

**DONE** and **ORDERED** in Jacksonville, Florida on July 8, 2011.

_____
ROY B. DALTON JR.
United States District Judge

Copies furnished to:

Counsel of Record